UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ETTA FREDNEL COLON, )
)
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 4:17-CV-53-FL
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social Security, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 16, 2018, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted. This matter is dismissed.

**This Judgment Filed and Entered on April 17, 2018, and Copies To:**

Etta Frednel Colon (via U.S. Mail at 2553 Mt. Herman Church Rd., Snow Hill, NC 28580)
Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)


April 17, 2018                                PETER A. MOORE, JR. CLERK
                                                      /s/ Susan W. Tripp
                                                      (By) Susan W. Tripp, Deputy Clerk